United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 30, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-20651
Summary Calendar

_____

LYNETTE J. LANGHAMER,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF
SOCIAL SECURITY,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:03-CV-2902
--------------------

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Lynette J. Langhamer appeals the affirmance of the
Commissioner's denial of her claim for disability benefits.  The
Commissioner has filed an unopposed motion to remand pursuant to
the fourth sentence of 42 U.S.C. § 405(g) to allow
reconsideration of the denial of benefits.

A remand pursuant to the fourth sentence of 42 U.S.C.
§ 405(g) requires that this court also enter a judgment
affirming, reversing, or modifying the Commissioner's decision.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

See <u>Shalala v. Schaefer</u>, 509 U.S. 292, 296-97 (1993).  Therefore, we REVERSE the district court's judgment, GRANT the motion to remand, and REMAND to the district court with instructions to remand to the Commissioner for rehearing.